IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **GEORGE CORTEZ #M12004,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No. 19-CV-1238-SMY |
| | ) |
| **MOHAMMED SIDDIQUI, and ILLINOIS DEPARTMENT OF CORRECTIONS,** | ) |
| | ) |
| **Defendants.** | ) |

**ORDER**

**YANDLE, District Judge:**

This matter comes before the Court on Defendants' Joint Motion to Dismiss for Lack of Prosecution (Doc. 94). As a result of Plaintiff refusing to leave his cell to have his deposition taken, and on motion filed by Defendants, the Court ordered Plaintiff to reimburse Defendants $380.00 for court reporter costs as a sanction (Doc. 92). Plaintiff was warned that failure to reimburse Defendants by March 6, 2023, would result in the dismissal of this case pursuant to Rule 37. *Id*. Plaintiff has not complied with the Court's Order or sought an extension of time to do so.

Accordingly, Defendants' Joint Motion to Dismiss for Lack of Prosecution (Doc. 94) is **GRANTED.** This case is **DISMISSED with prejudice** pursuant to Federal Rules of Civil Procedure 37 and 41(b). The Clerk of Court is **DIRECTED** to close this case and to enter judgment accordingly.

**IT IS SO ORDERED.**

**DATED: March 23, 2023**

**STACI M. YANDLE**
**United States District Judge**